Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

FILED

for the

_Western_    District of    _Oklahoma_    FEB 05 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Division

_Chad Behrend    Moo Do Ya'll_ )
)    Case No. _CIV-26-205-G_
Plaintiff(s) )    _(to be filled in by the Clerk's Office)_
_(Write the full name of each plaintiff who is filing this complaint._ )
_If the names of all the plaintiffs cannot fit in the space above,_ )    Jury Trial: _(check one)_  ☒ Yes  ☐ No
_please write "see attached" in the space and attach an additional_ )
_page with the full list of names.)_ )
-v- )
)
)
)
)
_Century Martial Arts Supply_ )
)
Defendant(s) )
_(Write the full name of each defendant who is being sued.  If the_ )
_names of all the defendants cannot fit in the space above, please_ )
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    _Chad Behrend_
Street Address    _7309 Portland Avenue_
City and County    _Richfield, Hennepin Co._
State and Zip Code    _Minnesota  55423_
Telephone Number    _920 217-6846_
E-mail Address    _Cwbehrend@gmail.com_

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                        Century Martial Arts Supply

    Job or Title *(if known)*     CEO Michial Dillard

    Street Address            1000 Century Blvd

    City and County          Oklahoma City

    State and Zip Code      Oklahoma 73110

    Telephone Number      405 740 - 6000

    E-mail Address *(if known)*   Dillard@centwryfit-ness.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*This action arises under the Patent laws of the United States, including 35 U.S.C. § 271. Jurisdiction is proper under 28 U.S.C. § 1338(a).*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

In excess of $75000

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Plaintiff is the owner of U.S. Design Patent No. D1,006,401 S, duly issued by the United States Patent Office on Dec. 5, 2023. Defendant's infringing products incorporate a substantially similar design, such an ordinary observer would be deceived into believing the products are the same as patented design.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Disgorgement of Defendants total profits under 35 U.S.C. § 289; Costs, and such other relief as the court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      02/01/2026

Signature of Plaintiff      _Chad Behrend_

Printed Name of Plaintiff      _Chad Behrend – Pro Se_

**B.     For Attorneys**

Date of signing:      _____

Signature of Attorney      _____
Printed Name of Attorney      _____
Bar Number      _____
Name of Law Firm      _____
Street Address      _____
State and Zip Code      _____
Telephone Number      _____
E-mail Address      _____

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

Chad Behrend, Plaintiff Pro Se

v.

Century Martial Arts, Inc., Defendant.

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Chad Behrend ("Plaintiff"), appearing pro se, brings this action against Defendant Century Martial Arts, Inc. ("Defendant" or "Century") for infringement of United States Design Patent No. D1,006,401 S ("the '401 Patent"), and alleges as follows:

## PARTIES

1. Plaintiff Chad Behrend is the inventor and owner of United States Design Patent No. D1,006,401 S. Plaintiff commercially practices the patented design through his business, MooDo Yea LLC, which is referenced solely as the commercial embodiment of the patented design and is not a party to this action.

2. Defendant Century Martial Arts, Inc. is engaged in the manufacture, importation, distribution, and sale of martial arts uniforms throughout the United States, including within the Western District of Oklahoma.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400(b) because Defendant maintains a regular and established place of business in Oklahoma City, Oklahoma, and has committed acts of patent infringement in this District.

5. Defendant has purposefully availed itself of the privilege of conducting business in this District and has derived substantial revenue from the sale of the accused products within this District.

## PATENT-IN-SUIT

6. United States Design Patent No. D1,006,401 S was duly issued on December 5, 2023. The '401 Patent is valid, enforceable, and owned by Plaintiff.

## INFRINGEMENT

7. Defendant has infringed the '401 Patent by making, using, importing, offering for sale, and selling martial arts uniforms that embody the patented ornamental design, in violation of 35 U.S.C. § 271.

## ACTUAL NOTICE AND WILLFUL INFRINGEMENT

8. On or about January 30, 2026, Plaintiff provided Defendant with actual written notice of the '401 Patent and identified specific Century uniform products that infringe the patented ornamental design.

9. On January 30, 2026, Defendant, through its Chief Executive Officer, Mike Dillard, acknowledged receipt of Plaintiff's notice by written correspondence. In that correspondence, Defendant refused to cease its infringing conduct, denied any obligation to Plaintiff, and asserted—without producing evidence—that Plaintiff's patent was invalid and unenforceable. A true and correct copy of this correspondence is attached as Exhibit H.

10. Despite having actual notice of the '401 Patent and the identified infringement, Defendant has continued to manufacture, import, offer for sale, and/or sell products embodying the patented design.

11. Defendant had the ability to stop, modify, or redesign the accused products after receiving notice, but instead chose to continue the infringing conduct.

12. Defendant's actions constitute willful infringement of the '401 Patent under 35 U.S.C. § 271, entitling Plaintiff to all available remedies, including enhanced damages under 35 U.S.C. § 284.

## GOOD-FAITH EFFORTS TO RESOLVE

13. Prior to filing suit, Plaintiff made good-faith efforts to resolve this dispute without litigation. Plaintiff provided clarification of the patent, identified representative infringing SKUs, and invited settlement or licensing discussions. Defendant refused to resolve the matter.

## DAMAGES

14. Plaintiff seeks recovery of Defendant's total profits pursuant to 35 U.S.C. § 289, enhanced damages under 35 U.S.C. § 284, injunctive relief under 35 U.S.C. § 283, and all other relief the Court deems just and proper.

## JURY DEMAND

15. Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,


Chad Behrend

2

Plaintiff Pro Se

3

US0D1006401S

## (12) United States Design Patent
### Behrend

(10) Patent No.:  **US D1,006,401 S**

(45) Date of Patent:  **  **Dec. 5, 2023**

(54) **MARTIAL ARTS UNIFORM**

(71) Applicant: **Chad Behrend**, Richfield, MN (US)

(72) Inventor: **Chad Behrend**, Richfield, MN (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/817,110**

(22) Filed: **Nov. 29, 2021**

(51) **LOC (14) Cl.** ................................................. **02-02**

(52) **U.S. Cl.**
USPC ........................................................... **D2/739**

(58) **Field of Classification Search**
USPC .................................. D2/739, 717, 749, 743
CPC .............................. A41D 13/0015; A41D 1/08
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D157,696 | S | * | 3/1950 | Paqué ............................ D2/839 |
| 4,371,989 | A | * | 2/1983 | Polsky ........................ A41D 1/08 |
| | | | | 2/407 |
| D319,525 | S | * | 9/1991 | Clark ............................ D2/743 |
| 5,426,787 | A | * | 6/1995 | Freeman .................... A41F 1/00 |
| | | | | 2/121 |
| 6,353,932 | B2 | * | 3/2002 | Stembridge ........ A41D 13/0015 |
| | | | | 463/8 |
| D558,953 | S | * | 1/2008 | Rogers ......................... D2/742 |
| D593,280 | S | * | 6/2009 | Netterville ................... D2/731 |
| D601,781 | S | * | 10/2009 | Rhodes ........................ D2/840 |
| D627,137 | S | * | 11/2010 | Keavey ........................ D2/743 |
| D636,558 | S | * | 4/2011 | Shelton ........................ D2/720 |
| D663,103 | S | * | 7/2012 | Mims .......................... D2/840 |
| D702,920 | S | * | 4/2014 | Chaney ........................ D2/739 |
| D765,345 | S | * | 9/2016 | Weiss .......................... D2/739 |
| D785,291 | S | * | 5/2017 | Nuzzo .......................... D2/739 |
| D808,615 | S | * | 1/2018 | Kanka ......................... D2/739 |
| D825,141 | S | * | 8/2018 | Jeong .......................... D2/848 |
| D825,142 | S | * | 8/2018 | Jeong .......................... D2/739 |
| D842,587 | S | * | 3/2019 | Pumphrey .................... D2/739 |
| D888,370 | S | * | 6/2020 | Young .......................... D2/739 |
| 2001/0054193 | A1 | * | 12/2001 | Stembridge ........ A41D 13/0015 |
| | | | | 2/69 |

(Continued)

### OTHER PUBLICATIONS

Macs Karate gi Martial Arts Elastic Drawstring Karate Uniform, posted to amazon.com. Available date: Oct. 24, 2021 [site visited Jun. 7, 2023] Available: <https://www.amazon.com/MACS-Martial-Drawstring-Lightweight-90-120lbs/dp/B08QYWN364?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&psc=1&smid=AR65W7KZJXUZI> (Year: 2021).*

(Continued)

*Primary Examiner* — Kevin K Rudzinski

(57) **CLAIM**

The ornamental design for a martial arts uniform, as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a martial arts uniform, wherein the upper back gusset, right and left armpit gussets, right and left pant pockets, and inner pants gusset above the double stitching, consist of a mesh-like structure and appearance;

FIG. **2** is a front elevation view thereof;

FIG. **3** is a rear elevation view thereof;

FIG. **4** is a left side elevation view thereof;

FIG. **5** is a right side elevation view thereof;

FIG. **6** is a top plan view thereof;

FIG. **7** is a bottom plan view thereof;

FIG. **8** is a front elevation view thereof, wherein the top uniform garment is opening from the front to expose the inside of the top garment and the bottom uniform garment is illustrated inside-out; and,

FIG. **9** is a rear elevation view thereof, wherein the top and bottom uniform garments are illustrated inside-out, exposing all components exhibiting the mesh-like structure and appearance.

**1 Claim, 7 Drawing Sheets**



4

**US D1,006,401 S**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

2003/0028950  A1 *    2/2003   Walsh ................ A41D 13/1209
                                                      2/115
2006/0282933  A1 *   12/2006   Chambliss .............. A41F 9/025
                                                      2/311
2016/0143374  A1 *    5/2016   Thompson ............... A41D 1/08
                                                      2/69

OTHER PUBLICATIONS

An Overview of Different Martial Arts Uniforms, posted to blog. awma.com. Available date: Aug. 23, 2018 [site visited Jun. 7, 2023] Available: <https://blog.awma.com/an-overview-of-different-martial-arts-uniforms/> (Year: 2018).*

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



Fig. 4              Fig. 5





Fig. 6





Fig. 7



Fig. 8



Fig. 9

12

# Exhibit B – Design Patent D1,006,401 S



## United States Design Patent
### Rebrand

US D1,006,401 S
**Date of Patent:** ** Dec. 5, 2023

OTHER PUBLICATIONS

(Continued)

Primary Examiner — Kevin K Przeslicki

(57) **CLAIM**

The ornamental design for a martial arts uniform, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a martial arts uniform.

FIG. 2 is a front elevation view thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a left side elevation view thereof;
FIG. 5 is a right side elevation view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof;
FIG. 8 is a front elevation view thereof.

**1 Claim, 7 Drawing Sheets**

(54) MARTIAL ARTS UNIFORM

(71) Applicant:
(72) Inventor:
(**) Term: 15 Years
(21) Appl. No.:
(22) Filed: Nov. 29, 2021

(51) LOC (13) Cl.
(52) U.S. Cl.
(58) Field of Classification Search

**References Cited**

U.S. PATENT DOCUMENTS



**Exhibit B-1** – MooDo Yea pants pocket (zoomed)



"Plaintiff Design Patent – Hidden Side-Seam Pocket" MooDo Yea LLC

Confidential-Sensitive

**Exhibit B-2** – Century pants pocket (zoomed)



"The accused product copies the patented *ornamental appearance* of MooDo Yea's concealed side-seam pants pocket, creating the same visual impression to an ordinary observer when worn or examined."

Confidential-Sensitive

**Exhibit B-3-** MooDo Yea pants pocket



"Plaintiff Design Patent – Hidden Side-Seam Pocket" MooDo Yea LLC.

Confidential-Sensitive

**Exhibit B-4** – Full pants context Century



"The accused product copies the patented *ornamental appearance* of MooDo Yea's concealed side-seam pants pocket, creating the same visual impression to an ordinary observer when worn or examined."

Confidential-Sensitive

**Exhibit B-5** – Side-by-side comparison



"Concealed side-seam pocket integrated into pant seam" MooDo Yea          "Accused Product – Century Uniform"

"Full-pants images shown solely to demonstrate the location of the concealed side-seam pocket when worn."

Confidential-Sensitive

**Exhibit B-6**– Side-by-side comparison



"Plaintiff Design Patent – Hidden Side-Seam Pocket"      "Accused Product – Century Uniform"

MooDo Yea LLC

Confidential-Sensitive

**Exhibit B-7** – Side-by-side comparison



"Plaintiff Design Patent – Hidden Side-Seam Pocket"

MooDo Yea LLC

"Accused Product – Century Uniform"

Confidential-Sensitive

**Exhibit B- SUMMARY**

"Any minor variations in stitch count, seam finish, or pocket dimensions are visible only upon close inspection and do not alter the overall ornamental appearance."

"Century's product copies the patented ornamental appearance of MooDo Yea's concealed side-seam pocket, creating the same visual impression despite immaterial manufacturing variations."

Plantiff- Enlarged view of the MooDo Yea LLC patented concealed side-seam pants pocket, showing its integration into the side seam, concealed opening, stitch termination, and overall ornamental appearance as perceived by an ordinary observer.

Confidential-Sensitive

December 15, 2025


VIA US REGISTERED MAIL  AND EMAIL


Century Martial Arts

Attn: Michael Dillard, CEO/ Nick Weinbrenner, Director of Business Development

1000 Century Blvd

Oklahoma City, OK 73110

Email: nweinbrenner@centurymartialarts.com,customerservice@centurymartialarts.com


Re: NOTICE OF PATENT INFRINGEMENT

MooDo Yea LLC / Chad Behrend

Our File No.: 74904.1


To whom it may concern:


This letter concerns the intellectual property owned by MooDo Yea LLC and its founder, Chad Behrend (collectively, the "Owner").


As you may be aware, Owner, through considerable time, energy, and expense, has designed, developed, and patented a drawstring martial arts gi. This patent was issued by the United States Patent and Trademark Office as United States Patent No. D1,006,401 S ("Design Patent") on December 5, 2023, and is protected under the United States Patent Act, 35 U.S.C. § 1 et seq.

The Design Patent includes one or more original ornamental designs protected for a period of 15 years under the Patent Act. Among other things, 35 U.S.C. § 271 states that:

22

"Whoever without authority makes, uses, offers to sell, or sells any patented invention within the United States, or imports into the United States any patented invention during the term of the patent therefor, infringes the patent."

Owner currently manufactures and sells uniforms practicing the Design Patent through its U.S. website,

https://moodoyeapremiumuniforms.com

, including Tang Soo Do, Soo Bahk Do, Tae Kwon Do, and Karate uniforms in midnight blue trim, black trim, and both solid white and white-trim variants.

It has come to our attention that Century Martial Arts is offering for sale, importing, distributing, and/or selling within the United States a martial arts uniform that practices Owner's patented design. Owner has not authorized Century, its suppliers, or any affiliated entity to copy, distribute, manufacture, import, or otherwise practice the Design Patent in any manner.

Furthermore, Owner has attempted several times to contact Century Martial Arts and you personally, Mr. Dillard & Mr. Weinbrenner, to discuss a potential licensing agreement as an alternative to litigation. These attempts were ignored, and no response was ever received from Century Martial Arts or its CEO/Director of Business Development . Despite these outreach efforts, Century has continued to offer and sell infringing products with actual notice of the Design Patent.

Such conduct constitutes infringement under the United States Patent Act.

DEMAND FOR IMMEDIATE ACTION

Please be advised that the Patent Act provides Owner with multiple remedies, including but not limited to civil action for infringement under 35 U.S.C. § 281, entitling Owner to:

23

Injunctive relief

Monetary damages not less than a reasonable royalty

Enhanced damages for willful infringement

Attorney fees in exceptional cases

Additionally, Owner is entitled to pursue an action before the U.S. International Trade Commission (ITC) to exclude infringing products from entering the United States.

Owner therefore demands that Century immediately:

Cease and desist from all sales, offers for sale, importation, or distribution of products practicing the Design Patent;

Remove all infringing product listings directed to the United States; and

Provide written confirmation no later than January 31, 2026, confirming that Century has ceased all infringing activities and removed all U.S. listings for any products practicing the Design Patent.

OPPORTUNITY FOR LICENSING DISCUSSION

Once Century confirms compliance, Owner is willing to discuss acceptable non-exclusive licensing terms that would permit Century to lawfully sell products practicing the Design Patent in exchange for a reasonable royalty.

24

However, should you ignore or deny this request, Owner will have no choice but to pursue all available remedies, including initiating an ITC enforcement action and filing a federal lawsuit seeking damages and injunctive relief.

Owner remains hopeful that this matter can be resolved efficiently and without protracted litigation.

RESERVATION OF RIGHTS

This letter is written without prejudice to all rights, claims, and remedies of Owner, all of which are expressly reserved, including the right to seek damages and attorney fees, and to bring enforcement actions for all past and future infringing activities.

Sincerely,

Chad Behrend

CEO, MooDo Yea LLC

Owner & Inventor – U.S. Patent No. D1,006,401 S

25

**EXHIBIT D**
## DIRECT COMMUNICATIONS WITH MICHAEL DILLARD
### (Century Martial Arts)

This Exhibit contains true and correct screenshots of text message communications between Plaintiff Chad Behrend (MooDo Yea LLC) and Michael Dillard, Founder and Chairman of Century Martial Arts, demonstrating actual notice of U.S. Design Patent No. D1,006,401 S and pre-suit conduct relevant to willfulness and remedies.

26

Fig. D-1. Text message from Michael Dillard stating Plaintiff should drop threats of legal action and referencing that Century has "closed the doors," following Plaintiff's outreach.



**Michael Dillard**

**New Contact Name**
Mike Dillard                    **Update**

I'm at work currently. What's the advice?

Nothing came thru

Mon, Dec 22 at 4:04 PM

Hi Chad.

I don't want to come off as mean or antagonistic with you. But you should drop all threats of legal action. They have closed the doors at Century. This type litigation is



27

Fig. D-2. Text message from Michael Dillard warning that litigation is expensive and referencing a potential counter-suit, and requesting clarification of the alleged infringement and the patent.



**Michael Dillard**

**New Contact Name**  **Update**
Mike Dillard

This type litigation is very expensive and drawn out. A counter-suit could be devastating.

I am curious as to exactly what infringement you are claiming?
What does your patent claim?
You did not enclose a copy of the patent or the claims it makes.
If you have anything else to say on the subject I'm the appropriate person to



Fig. D-3. Text message from Michael Dillard asserting he is the appropriate person to address and directing Plaintiff not to contact Century staff.



29

Fig. D-4. Plaintiff's response requesting Century's email address to provide the requested SKU numbers; Mr. Dillard's email address is provided.



**EXHIBIT E**
## PLAINTIFF'S GOOD-FAITH EFFORTS TO RESOLVE DISPUTE
### (MooDo Yea LLC to Michael Dillard, Century Martial Arts)

**Good-Faith Efforts to Resolve**

Prior to filing suit, Plaintiff made a good-faith effort to resolve this dispute without litigation. As shown in this Exhibit, Plaintiff provided Defendant's Founder and Chairman with additional clarification regarding the infringing products, identified representative SKUs, and invited settlement or licensing discussions while expressly reserving all rights. Defendant failed to resolve the matter.

31

This Exhibit is a true and correct copy of Plaintiff's January 26, 2026 written request to resolve the parties' dispute amicably and without litigation, sent by Chad Behrend on behalf of MooDo Yea LLC to Michael Dillard, Founder and Chairman of Century Martial Arts. The communication further clarifies the scope of infringement, identifies representative SKUs, and invites resolution while expressly reserving all rights.

32

**Date:** January 26, 2026
**From:** Chad Behrend <cwbherend@gmail.com>
**To:** Michael Dillard <Dillard@centuryfitness.com>
**Subject:** Request to Resolve

Dear Mr. Dillard,

I am writing to follow up on my prior correspondence providing notice of infringement of U.S. Design Patent No. D1,006,401 S, which protects the ornamental design of MooDo Yea® martial arts uniforms.

My preference is to resolve this matter professionally and out of court, if possible. To that end, and without waiving any rights, I am providing additional clarification to eliminate any potential ambiguity regarding the products at issue.

By way of representative example, Century products that infringe U.S. Design Patent No. D1,006,401 S include, but are not limited to, the following SKUs:
SKU 0353, 0439, 0393, 03391, 04982, 3NTRDRGN, as well as any related, successor, derivative, re-branded, private-label, or substantially similar products embodying the same overall ornamental appearance, including all colorways and size variations.

These SKUs are representative examples only and are not exhaustive. Century remains independently responsible for identifying all infringing products.

As you are aware, Century has been on actual notice of the patent. Any continued manufacture, importation, marketing, or sale of infringing products following such notice may be considered knowing and willful infringement, which is relevant to the remedies available under applicable law, including disgorgement of total profits under 35 U.S.C. § 289.

That said, I remain open to discussing a commercially reasonable resolution, including settlement or licensing, that avoids litigation and allows both companies to move forward efficiently. I invite Century to propose terms for resolving this matter.

If no response or settlement proposal is received by February 2, 2026, MooDo Yea will need to evaluate next steps to protect its intellectual property rights, which may include seeking enhanced remedies based on continued post-notice sales.

This letter is sent in good faith, without prejudice, and with all rights expressly reserved.

Sincerely,

Chad Behrend
Founder & CEO
MooDo Yea LLC
Owner & Inventor – U.S. Design Patent No. D1,006,401 S

33

**EXHIBIT F**
**FULL PRE-SUIT LICENSING EMAIL CHAIN**
(Screenshots)

**Nick Weinbrenner**
Sales Director, Century Martial Arts

This Exhibit contains true and correct screenshot copies of email communications between Plaintiff Chad Behrend and Nick Weinbrenner, Sales Director of Century Martial Arts, regarding pre-suit licensing and manufacturing discussions, including acknowledgment of Plaintiff's patent and refusal to execute a non-disclosure agreement based on the existence of that patent.

34

**Exhibit F**

## DECLARATION OF CHAD BEHREND

*(Authentication of Text Messages)*

**I, Chad Behrend, declare as follows:**

1. I am the Plaintiff in this action and have personal knowledge of the matters stated herein.
2. The text message screenshots attached as Exhibit D are true and correct copies of text messages sent to and received by me on my personal mobile phone.
3. These messages were exchanged between myself and Century CEO Michael Dillard, using the phone number (405)740-6000, during the time period reflected in the screenshots.
4. I personally captured the screenshots directly from my mobile device in the ordinary course of use.
5. The screenshots accurately reflect the content, dates, and times of the messages as they appeared on my device at the time they were captured.
6. I have not altered, edited, or manipulated the content of the messages in any way.
7. The messages are offered for the purpose of demonstrating notice, knowledge, and communications between the parties.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 02/01/2026

**Chad Behrend**

34-A

Fig. F-1. Screenshot of pre-suit email communication between Chad Behrend and Nick Weinbrenner, Sales Director, Century Martial Arts (March 2025).

 Gmail

Chad Behrend <cwbehrend@gmail.com>

**Greetings from Century**
9 messages

Kathryn Lopez <klopez@centurymartialarts.com>
To: Chad Behrend <cwbehrend@gmail.com>

Tue, Mar 11, 2025 at 4:39 PM

Thank you for reaching out, are you looking to buy from us or sell to us?  Please provide a little more information.



**Kathryn Lopez**
National & Global Division Manager

📞 405.426.4200
✉️ klopez@centurymartialarts.com
📍 1000 Century Blvd. Oklahoma City, OK 73110
🌐 CenturyMartialArts.com

Chad Behrend <cwbehrend@gmail.com>
To: Kathryn Lopez <klopez@centurymartialarts.com>

Tue, Mar 11, 2025 at 7:14 PM

Hello, I called today because I hadn't heard back and they said I needed to set up a wholesale account which I did . I'm looking to have my special design made by your company at a wholesale price being they are USA made-I currently have them made over seas. We would have to sign a non disclosure agreement before the design did be shown. I do have it patented as of last year. I would also like to discuss licensing it to century- I think it would be profitable for both of us. I have a great design and Century has the ability to do a lot of advertising. I would then like to see the manufacturing facility and fabric samples to make sure we would be a good fit for each other. I believe it could be a great partnership! We did both make a great profit!
Thank you!
Chad Behrend
[Quoted text hidden]

Nick Weinbrenner <nweinbrenner@centurymartialarts.com>
To: "cwbehrend@gmail.com" <cwbehrend@gmail.com>

Wed, Mar 12, 2025 at 1:29 PM

Chad,

Good afternoon, my name is Nick Weinbrenner, I am a sales director at Century Martial Arts. Your contact information was passed on to me to help you out. Please help me understand what product you have created/designed/patented that you are wanting Century to manufacture or license. I can tell you upfront that we do not sign NDAs since we have been in this industry for many years and have had many ideas internally. If that is an issue I completely understand but not sure why you would need an NDA if you have a patent. Also, we make some items here at Century but there are many items we source from our overseas factories to be able to sell them at a more competitive price point. I am sure you understand all of the moving parts, cost increases and everything else going on with overseas vendors because of the tariff situation. Please send any additional you would like to share so I can pass this information along to my research and development team and my purchasing team to see if it is an opportunity they would like to explore. Thanks for your time and I look forward to hearing back from you.



**Nick Weinbrenner**
*Director of Business Development*

📞 405.426.4118
✉️ nweinbrenner@centurymartialarts.com
📍 1000 Century Blvd. Oklahoma City, OK 73110
🌐 CenturyMartialArts.com

Schedule a virtual visit or time to talk here-

calendly.com/nick_centurymartialarts

34

Fig. F-2. Screenshot of pre-suit email communication between Chad Behrend and Nick Weinbrenner, Sales Director, Century Martial Arts (March 2025).

37



[Quoted text hidden]

**Chad Behrend** <cwbehrend@gmail.com>                              Wed, Mar 12, 2025 at 3:32 PM
To: Nick Weinbrenner <nweinbrenner@centurymartialarts.com>

Hello Nick, nice to meet you. My apologies, I'm at work and wasn't able to take your phone call. The non disclosure was for a separate product- we can worry about that another time.
1. First and foremost, I'm looking at the possibility of having my patented design made by Century. I'd like to have USA made going forward. As I've stated, currently I have my own design made overseas and with the possibility of additional tariffs and additional fees entering into the US., it's worth checking into.
2. I've had good success and feedback from customers worldwide on the  design and sales, and am looking at the possibility of licensing this product to Century.  I think it would be quite profitable for both Century and myself if we are able to work out an agreement at some point. I unfortunately don't have the advertising budget that your company does, so that would be huge to get more of this design out into the public.
I will attach the design patent of the uniform.  Currently I'm having my own canvas made- white 14oz poly/cotton canvas, so it's mainly wrinkle free. Martial artists hate to iron their gi everytime it comes out of the washing machine. As a lifelong martial artist I know what customers are looking for in a premium uniform.
 Looking at the design- can you have your design team take a look and determine if they are able and how much it would be to produce my uniforms in Oklahoma City? Any other questions, please let me know!  If this is a possibility, I would like to come out and take a look at fabric samples and the manufacturing facility, etc.
Thank You for your time!
Chad Behrend

[Quoted text hidden]

📎 **CHADPATENTPROFESSIONALCOPY.pdf**
200K

**Nick Weinbrenner** <nweinbrenner@centurymartialarts.com>                     Wed, Mar 12, 2025 at 3:46 PM
To: Chad Behrend <cwbehrend@gmail.com>

Thanks for your reply and explanation. I will need to ask a few more questions before I can pass this information along because I know they are going to ask me.

    1. How many units are you currently selling? The more detailed the better, a breakdown by size and by sku and the timeframe would be very helpful.
    2. How many units are you interested in purchasing if we do make them?
    3. How much do you sell the uniform for and what is your cost or what price point do would you want to purchase the uniform at?

Answering these questions will help our team understand if this is a viable project. Thanks and talk soon.

[Quoted text hidden]

**Chad Behrend** <cwbehrend@gmail.com>                              Wed, Mar 12, 2025 at 4:16 PM
To: Nick Weinbrenner <nweinbrenner@centurymartialarts.com>

1. Last year I sold over 300 units. I sell sizes 2-8 currently with size 4,5, and 6 being the majority of the sales. Size 5 being the most sold size
2. Looking to purchase at least 100 at a time
3. My uniforms currently sell for  retail $238 plus shipping, wholesale for $ 190.40 and I have them produced for $45-55 per set depending on size.
[Quoted text hidden]

**Nick Weinbrenner** <nweinbrenner@centurymartialarts.com>                     Wed, Mar 12, 2025 at 4:23 PM
To: Chad Behrend <cwbehrend@gmail.com>

Thank you, for your reply with this information. I do know our team has a lot going on trying to pivot and negotiate with the forementioned situations we are currently in so I am not sure that adding new product lines is going to be a priority right now but I will pass this information along to see if this is something we can make and what that would look like and I will follow back up with you or someone from those department will. Thanks and have a great day.

[Quoted text hidden]

**Nick Weinbrenner** <nweinbrenner@centurymartialarts.com>                     Thu, Mar 13, 2025 at 11:25 AM
To: Chad Behrend <cwbehrend@gmail.com>

Chad,

Good morning, I just heard back from our manufacturing team and this isn't a project we would be able to move forward with. We don't have 14oz material that we stock in the US, and they don't think the needles on our machines would be able to sew on 14oz material. Also, I am sure you know that even with the tariffs US labor is much more expensive. We have a similar 10oz uniform that our cost for the top is just a little less than your full uniform from overseas. Would you be interested in looking into a 10oz or 12oz material for your uniform? That would be the only way we could even consider this. Let me know your thoughts. Thanks and have a great day.

37

Fig. F-3. Screenshot of pre-suit email communication between Chad Behrend and Nick Weinbrenner, Sales Director, Century Martial Arts (March 2025).

39

[Quoted text Hidden]

---

**Chad Behrend <cwbehrend@gmail.com>**                                    Thu, Mar 13, 2025 at 12:00 PM
To: Nick Weinbrenner <nweinbrenner@centurymartialarts.com>

A 12 0z poly cotton canvas Wld be fine. I know many places don't carry the 14oz. If the cost of making just the jacket is about the same price as my whole set, it wouldn't be cost effective to
have them made in USA.  Please keep me in mind with Licencing when things get back under control .
Thank you for your time!
Chad Behrend
[Quoted text Hidden]

40

# EXHIBIT G

## DECLARATION OF CHAD BEHREND

### (Authentication of Text Messages)

I, Chad Behrend, declare as follows:

1. I am the Plaintiff in this action and have personal knowledge of the matters stated herein.

2. The text message screenshots attached as Exhibit D are true and correct copies of text messages sent to and received by me on my personal mobile phone.

3. These messages were exchanged between myself and Century CEO Michael Dillard, using the phone number (405)740-6000, during the time period reflected in the screenshots.

4. I personally captured the screenshots directly from my mobile device in the ordinary course of use.

5. The screenshots accurately reflect the content, dates, and times of the messages as they appeared on my device at the time they were captured.

6. I have not altered, edited, or manipulated the content of the messages in any way.

7. The messages are offered for the purpose of demonstrating notice, knowledge, and communications between the parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/01/2026

Chad Behrend

# EXHIBIT H

Correspondence from Defendant's Chief Executive Officer
Acknowledging Notice of U.S. Design Patent No. D1,006,401

This exhibit consists of a true and correct copy of an email dated January 30, 2026, sent by
Mike Dillard, Chief Executive Officer of Century Martial Arts, Inc., to Plaintiff Chad Behrend.

42

**From:** Mike Dillard <dillard@centuryfitness.com>
**To:** Chad Behrend <cwbehrend@gmail.com>
**Date:** Friday, January 30, 2026, 5:57 PM
**Subject:** Re: Patent Infringement

Dear Mr Behrend,

Thank you for your response.

You did not invent the martial art uniform, nor these features:
Gusset
Pocket
Side ties
Elastic waist band
Or draw string.

You were not the first to put these features together. You know that.

Your patent bears drawings of concepts that have been in the public domain for decades. It is not unique. You know this also. It will not withstand scrutiny as to originality.

Century has sold uniforms with these features since the 70s, others long before that. I'm fully prepared to prove this which will negate your patent.

If I have to engage an attorney regarding the matter you will be held responsible for any costs incurred.

Your claim has no nuisance value. Century has no desire to "settle" any dispute with you. We owe you nothing.

Go about your business and quit trying to extort your way into monetary gain. Your false claims of original design and infringement fall on deaf ears here.

Seriously,

Mike Dillard
Chief Executive Officer
Century Martial Arts, Inc.


Sent from my iPhone

43

 Gmail

**Chad Behrend <cwbehrend@gmail.com>**

## Mr Behrend
1 message

**Mike Dillard** <dillard@centuryfitness.com>
To: Chad Behrend <cwbehrend@gmail.com>

Fri, Jan 30, 2026 at 5:57 PM

Dear Mr Behrend,
Thank you for your response.
You did not invent the martial art uniform, nor theses features:
Gusset
Pocket
Side ties
Elastic waist band
Or draw string.
You were not the first to put these features together. You know that.
Your patent bears drawings of concepts that have been in the public domain for decades. It is not unique. You know this also. It will not withstand scrutiny as to originality.
Century has sold uniforms with these features since the 70s, others long before that. I'm fully prepared to prove this which will negate your patent.
If I have to engage an attorney regarding the matter you will be held responsible for any costs incurred.
Your claim has no nuisance value. Century has no desire to "settle" any dispute with you. We owe you nothing.
Go about your business and quit trying to extort your way into monetary gain.  Your false claims of original design and infringement fall on deaf ears here.
Seriously,
Mike Dillard.


Sent from my iPhone

44

## SUMMARY OF CLAIMS AND RELIEF SOUGHT

This action arises from Defendant Century Martial Arts, Inc.'s unauthorized manufacture, importation, offer for sale, and sale of martial arts uniforms that embody the ornamental design claimed in United States Design Patent No. D1,006,401 S, owned by Plaintiff Chad Behrend.

Plaintiff has established that Defendant had actual notice of the patent prior to suit, including direct communications from Defendant's Founder and Chairman acknowledging the dispute, followed by continued infringing conduct. Plaintiff further made good-faith efforts to resolve the matter without litigation, which Defendant declined.

Plaintiff seeks all relief available under the Patent Act, including a finding of infringement, a determination of willful infringement, recovery of Defendant's total profits pursuant to 35 U.S.C. § 289, enhanced damages under 35 U.S.C. § 284, permanent injunctive relief under 35 U.S.C. § 283, costs, and such other relief as the Court deems just and proper.

Respectfully submitted,

Chad Behrend
Plaintiff Pro Se

